$400

**JS**

Maurice Harmon
Harmon & Seidman LLC
11 Chestnut Street
New Hope, PA 18938
Tel: (917) 516-4434
E-mail: maurice@harmonseidman.com
*Attorney for Plaintiff Michael Keller*



**FILED**

JUL - 8 2016

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk



**16    3721**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLER,    ) | Case No. |
|         Plaintiff,    ) | |
|                    ) | COMPLAINT |
| v.                    ) | |
|                    ) | DEMAND FOR JURY TRIAL |
| PEARSON EDUCATION, INC.    ) | |
|         Defendant.    ) | |

Plaintiff Michael Keller ("Keller"), for his Complaint against Defendant Pearson
Education, Inc. ("Pearson") alleges:

### STATEMENT OF ACTION

1.    This is an action for copyright infringement brought by Keller, the owner of
copyrights to the photographs ("Photographs") described hereafter and originally licensed for
limited use by Pearson, against Pearson for unauthorized uses of Plaintiff's photographs.

### PARTIES

2.    Keller is a professional photographer who makes his living by creating and
licensing photographs. He resides in Beach Lake, Pennsylvania.

3.    Pearson is a sophisticated global publisher with its principle place of business in
Upper Saddle River, New Jersey. Pearson sells and distributes its publications in the Eastern
District of Pennsylvania and throughout the United States, and overseas, including the
publications and ancillary materials in which Plaintiff's photographs are unlawfully reproduced.

1

At all times pertinent to the allegations herein, Pearson acted through or in concert with its various imprints, divisions, subsidiaries, affiliates, and/or third parties.

## JURISDICTION

4.      This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

## VENUE

5.      Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a).

## FACTS COMMON TO ALL COUNTS

6.      Keller is the owner of copyrights in the attached photographic images ("Photographs") depicted in Exhibit 1.

7.      As set forth in Exhibit 1, the Photographs have been registered with the United States Copyright Office.

8.      Keller entered into a series of contractual agreements with The Stock Market ("TSM"), a stock-photo licensing agency, between 1988 and 2001, which authorized TSM to issue limited licenses for use of Keller's images by third parties, in exchange for reasonable license fees.  Keller's TSM agreement was assigned to Corbis Corporation ("Corbis") in or around 2001.

9.      In 2003, Keller entered into a representation agreement with Corbis, which authorized Corbis to grant third parties limited use licenses for his photographs.

10.      Upon information and belief, between 1991 and 2010, and in response to permission requests from Pearson, TSM and Corbis sold Pearson limited licenses to use copies of the Photographs in numerous educational publications.  *See* Exhibit 1, which is a summary report of information from Keller's royalty statements from TSM and Corbis.  Exhibit 1 identifies Keller's image ID; copyright registration number and date or application date; the

2

TSM or Corbis Invoice number and date; and the Pearson imprint that licensed Keller's image(s). Exhibit 1also identifies additional license information, including publication title and usage limitations, where known.

1.    Upon information and belief, the licenses granted to Pearson from TSM and Corbis were expressly limited by number of copies, distribution area, image size, language, duration and/or media (print or electronic).

2.    Upon information and belief, at the time Pearson represented to TSM and Corbis that it needed specified, limited licenses to use the Photographs in particular publications, Pearson often knew its actual uses would exceed the rights it was requesting and paying for.

3.    Upon information and belief, shortly after obtaining the licenses, Pearson exceeded the licenses and infringed Keller's copyrights in the Photographs in various ways, including:

      a.    printing more copies of the Photographs than authorized;

      b.    distributing publications containing the Photographs outside the authorized distribution area;

      c.    publishing the Photographs in electronic, ancillary, or derivative publications without permission;

      d.    publishing the Photographs in international editions and foreign publications without permission;

      e.    publishing the Photographs beyond the specified time limits.

4.    Upon information and belief, after obtaining access to the Photographs, Pearson used the Photographs without any license or permission in additional publications that have not yet been identified. Because Pearson alone knows of these wholly unauthorized uses, Keller cannot further identify them without discovery.

5.    Pearson alone knows the full extent to which it has infringed Keller's copyrights by making unauthorized uses of the Photographs, but Pearson has not shared this knowledge with Keller.

3

6.    Other photographers and stock photography agencies have brought legal actions against Pearson alleging copyright infringement claims like those asserted by Keller in this action.  Since 2009, Pearson has been sued for copyright infringement in furtherance of the scheme described herein in at least 30 actions.

7.    On May 3, 2010, and January 13, 2011, Julie Orr, Pearson's Curriculum Group's Image Manager, Rights and Permissions, testified that Pearson had published photographs in its textbooks in some instances without obtaining any permission and had printed in excess of license limits in situations where licenses were obtained.

8.    On June 16, 2010, Maureen Griffin, Pearson's Curriculum Group's Photo Commissions Editor, testified that Pearson had published photographs in its textbooks "before the FTP [file to printer] date" and that "the number of textbooks printed exceeded the licenses we obtained."

9.    Pearson's own documents produced in parallel cases show that Pearson exceeded the licensed print quantities in the following publications in which Keller's photographs were used:

| **Pearson Publication** | **Licensed Print Amount** | **Actual Print Amount** |
|---|---|---|
| *Exploring Physical Science* 2001 | 200,000 | 331,863 |
| *Anda! Curso Elemental (My Spanish Lab Series)* 1/e by Heining-Boynton, Cowell, 2009 | 40,000 | 70,659 |

10.   Pearson has been adjudicated a copyright infringer for engaging in the same practices that are alleged here.  In *Bean et al., v. Pearson Education, Inc.*, 949 F.Supp.2d. 941 (D. Ariz. 2013), Pearson was found liable on summary judgment for 418 claims of unauthorized uses of photographs in its textbooks.  In *Frerck v. Pearson Education, Inc.*, 63 F.Supp.3d 882 (N.D. Ill. 2014), Pearson was found liable on summary judgment for 343 claims of unauthorized uses of photographs in its textbooks.

11.   All exhibits attached hereto are incorporated into this Complaint by this reference.

4

## COUNT I
### *Copyright infringement against Pearson*

12.     Plaintiff incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

13.     Pearson's use of the Photographs beyond license terms and without any license constitutes infringement of Plaintiff's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 *et seq*.

14.     Plaintiff suffered damages as a result of Pearson's unauthorized use of the Photographs.

**WHEREFORE**, Plaintiff requests the following:

1.     A preliminary and permanent injunction against Defendants and anyone working in concert with Defendants from copying, displaying, distributing, selling or offering to sell Plaintiff's Photographs described in this Complaint and Plaintiff's photographs not included in suit.

2.     As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights as well as all related records and documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendants without Plaintiff's authorization.

3.     An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, where applicable and at Plaintiff's election, statutory damages.

4.     An award of Plaintiff's reasonable attorneys' fees.

5.     An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6.     Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues permitted by law.


DATED: July 7, 2016

Plaintiff Michael Keller, by his
attorneys,

Maurice Harmon
Harmon & Seidman LLC
11 Chestnut Street
New Hope, PA 18938
Tel: (917) 516-4434
E-mail: maurice@harmonseidman.com

EXHIBIT 1

Keller v. Pearson

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 1 |  | 154-1-177-E7516<br>*Woman Balancing Checkbook* | Reg. Number:<br>VA 1-995-471<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>50325<br>Inv. Date:<br>2/26/1991<br>Licensor:<br>The Stock Market | Prentice Hall | | |
| 2 |  | 154-PE-211-K4819<br>*Woman on Tip-Toes* | Reg. Number:<br>VA 1-995-471<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>60278<br>Inv. Date:<br>1/15/1992<br>Licensor:<br>The Stock Market | Prentice Hall | | |
| 3 |  | 154-I-593-D9329<br>*woman Shopping* | Reg. Number:<br>VA 1-995-471<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>78016<br>Inv. Date:<br>2/17/1993<br>Licensor:<br>The Stock Market | Prentice Hall / Simon & Schuster | | |
| 4 |  | 154-PE-23-L8233<br>*Black woman smiling* | Reg. Number:<br>VA 1-995-470<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>90140<br>Inv. Date:<br>10/22/1993<br>Licensor:<br>The Stock Market | Prentice Hall / Simon & Schuster | | |
| 5 |  | 154-CT-4-P3320<br>*Speed walker* | Reg. Number:<br>VA 1-995-470<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>90773<br>Inv. Date:<br>10/28/1993<br>Licensor:<br>The Stock Market | Prentice Hall / Simon & Schuster | | |
| 6 |  | 154-I-479-E4412<br>*Solar Homes/Colorado* | Reg. Number:<br>VA 1-995-464<br><br>Reg. Date:<br>3/16/2016 | Inv. No.:<br>97170<br>Inv. Date:<br>3/21/1994<br>Licensor:<br>The Stock Market | Prentice Hall / Simon & schuster | | |
| 7 |  | 154-PE-95-H8476<br>*Couple on Beach* | Reg. Number:<br>VA 1-995-468<br><br>Reg. Date:<br>3/16/2016 | Inv. No.:<br>97170<br>Inv. Date:<br>3/21/1994<br>Licensor:<br>The Stock Market | Prentice Hall / Simon & schuster | | |
| 8 |  | 154-0-42-E9120<br>*3 Businesswomen* | Reg. Number:<br>VA 1-995-651<br><br>Reg. Date:<br>3/17/2016 | Inv. No.:<br>108384<br>Inv. Date:<br>9/27/1994<br>Licensor:<br>The Stock Market | Prentice Hall / College | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 9 |  | 154-CT-5-P4941<br>*Couples in cruise Ships* | Reg. Number:<br>VA 1-995-470<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>128514<br>Inv. Date:<br>6/28/1995<br>Licensor:<br>The Stock Market | Harper Collins<br>/Scott<br>Foresman | | |
| 10 |  | 154-I-8-F5669<br>*Recycling Bins* | Reg. Number:<br>VA 1-995-468<br><br>Reg. Date:<br>3/16/2016 | Inv. No.:<br>131836<br>Inv. Date:<br>8/22/1995<br>Licensor:<br>The Stock Market | Prentice<br>Hall/School<br>Division | | |
| 11 |  | 154-SC-5-C7761<br>*Doctor with Black Mom &<br>Daughter* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>134971<br>Inv. Date:<br>9/28/1995<br>Licensor:<br>The Stock Market | Addison<br>Wesley-<br>School<br>Division | | |
| 12 |  | 154-PE-69-Z9620<br>*Adolescents kissing/2<br>People Kissing* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>169041<br>Inv. Date:<br>10/29/1996<br>Licensor:<br>The Stock Market | Prentice Hall<br>/ Simon &<br>Schuster | | |
| 13 |  | 154-O-58-09595<br>*Hotel Employees* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>172247<br>Inv. Date:<br>11/29/1996<br>Licensor:<br>The Stock Market | Prentice Hall<br>/ Simon &<br>Schuster | | |
| 14 |  | 154-CO-27-8995<br>*Woman Reading Wall<br>Street Journal* | Reg. Number:<br>VA 1-995-651<br><br>Reg. Date:<br>3/17/2016 | Inv. No.:<br>176256<br>Inv. Date:<br>1/29/1997<br>Licensor:<br>The Stock Market | Prentice Hall<br>/ Simon &<br>Schuster | | |
| 15 |  | 154-F0-51-C8348<br>*Tomato* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>186828<br>Inv. Date:<br>5/19/1997<br>Licensor:<br>The Stock Market | Addison<br>Wesley-<br>School<br>Division | | |
| 16 |  | 154-PE-129-A6063<br>*Mother & Daughter in<br>Denim Jacket* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>186825<br>Inv. Date:<br>5/19/1997<br>Licensor:<br>The Stock Market | Addison<br>Wesley-<br>School<br>Division | | |

Keller v. Pearson

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 17 | | 154-PE-69-Z9620 *Adolescents kissing/2 People Kissing* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 194541 Inv. Date: 7/29/1997 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 18 | | 154-I-93-P6633 *YOUNG BLACK COUPLE AT COMPUTER* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 200018 Inv. Date: 9/27/1997 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 19 | | 154-I-93-P6633 *YOUNG BLACK COUPLE AT COMPUTER* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 200018 Inv. Date: 9/27/1997 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 20 | | 154-CT-9-P12223 *Woman in blue sweater* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 200456 Inv. Date: 9/28/1997 Licensor: The Stock Market | Prentice Hall Direct | | |
| 21 | | 154-MZ-1-P12888 *young woman/PE-353 -0103* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 206281 Inv. Date: 11/28/1997 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 22 | | 154-I-186-P5350 *SHOPPING ON THE INTERNET* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 228599 Inv. Date: 6/29/1998 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 23 | | 154-CT-5-B4042 *Money on Fire* | Reg. Number: VA 1-995-470 Reg. Date: 3/15/2016 | Inv. No.: 231683 Inv. Date: 7/30/1998 Licensor: The Stock Market | Prentice Hall / Simon & Schuster | | |
| 24 | | 154-CT-9-P12223 *Woman in blue sweater* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 249303 Inv. Date: 1/26/1999 Licensor: The Stock Market | Pearson Education I Prentice Hall | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 25 | | 154-FO-87-T9686<br>*In a clear container and glass/Transparent object* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>253791<br>Inv. Date:<br>3/11/1999<br>Licensor:<br>The Stock Market Photo Agency Inc. | Prentice Hall / Simon & Schuster | | |
| 26 | | 154-PE-290-L2025<br>*travel brochures* | Reg. Number:<br>VA 1-995-470<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>262370<br>Inv. Date:<br>5/21/1999<br>Licensor:<br>The Stock Market Photo Agency Inc. | Globe Fearon Publications | | |
| 27 | | 154-SC-31-C7781<br>*Doctor's office* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>269254<br>Inv. Date:<br>7/29/1999<br>Licensor:<br>The Stock Market Photo Agency Inc. | Pearson Education | | |
| 28 | | 154-SC-42-0106<br>*Hands /Computer/MZ3-32490* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>318132<br>Inv. Date:<br>12/27/2000<br>Licensor:<br>The Stock Market Photo Agency Inc. | Pearson Education / Prentice Hall | | |
| 29 | | 154-CO-4-V9379<br>*putting cd-rom into drive/CD ROM is a popular storage method* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>318136<br>Inv. Date:<br>12/27/2000<br>Licensor:<br>The Stock Market Photo Agency Inc. | Pearson Education / Prentice Hall | | |
| 30 | | 154-SC-42-0106<br>*Hands /Computer/MZ3-32490* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>320193<br>Inv. Date:<br>1/26/2001<br>Licensor:<br>Corbis Stock Market | Pearson Education / Prentice Hall | | |
| 31 | | 154-CO-4-V9379<br>*putting cd-rom into drive/CD ROM is a popular storage method* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>320194<br>Inv. Date:<br>1/26/2001<br>Licensor:<br>Corbis Stock Market | Pearson Education / Prentice Hall | | |
| 32 | | 154-FO-87-T9686<br>*In a clear container and glass/Transparent object* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>320247<br>Inv. Date:<br>1/26/2001<br>Licensor:<br>Corbis Stock Market | Prentice Hall / Simon & Schuster | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 33 |  | 154-MZ-1-P12888<br>*young woman/PE-353-0103* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>338678<br>Inv. Date:<br>9/27/2001<br>Licensor:<br>Corbis Stock Market | Pearson Education / Prentice Hall | | |
| 34 |  | 154-I-186-P5333<br>*Shopping on the Internet* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>338854<br>Inv. Date:<br>9/27/2001<br>Licensor:<br>Corbis Stock Market | Pearson Education / Prentice Hall | | |
| 35 |  | 154-SC-3-0446<br>*Portrait of a physician/MZ-5-66924* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>345753<br>Inv. Date:<br>2/20/2002<br>Licensor:<br>Corbis Stock Market | Pearson Education | | |
| 36 |  | 154-PE-216-0117<br>*Woman on the beach wearing sun glasses/CT-6-P-6474* | Reg. Number:<br>VA 1-995-471<br><br>Reg. Date:<br>3/15/2016 | Inv. No.:<br>345790<br>Inv. Date:<br>2/21/2002<br>Licensor:<br>Corbis Stock Market | Addison Wesley Longman/Benjamin Cummings | | |
| 37 |  | 154-FO-87-t9686<br>*In a clear container and glass/Transparent object* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>811907<br>Inv. Date:<br>9/30/2002<br>Licensor:<br>Corbis Stock Market | Pearson Education, Inc./Prentice Hall | | |
| 38 |  | PE-117-0003<br>*Parents carrying their son at the beach* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>262589<br>Inv. Date:<br>12/18/2002<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall | | |
| 39 |  | O-047-0103<br>*Surveying* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>280365<br>Inv. Date:<br>1/30/2003<br>Licensor:<br>Corbis | Pearson Education, Inc./Prentice Hall | | |
| 40 |  | 154-CO-4-v9379<br>*putting cd-rom into drive/CD ROM is a popular storage method* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>812114<br>Inv. Date:<br>3/6/2003<br>Licensor:<br>Corbis Stock Market | Pearson Education / Prentice Hall | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 41 |  | AX053942<br>*Doctor Applying Woman's Birth Control Patch* | Reg. Number: VA 1-996-341<br><br>Reg. Date: 3/19/2016 | Inv. No.: 308492<br>Inv. Date: 3/21/2003<br>Licensor: Corbis | Allyn & Bacon | | |
| 42 |  | PE-214-0197<br>*In the backyard with her cat* | Reg. Number: VA 1-996-336<br><br>Reg. Date: 3/19/2016 | Inv. No.: 308812<br>Inv. Date: 3/21/2003<br>Licensor: Corbis | Pearson Education | | |
| 43 |  | PE-305-0569<br>*Cellular man* | Reg. Number: VA 1-996-344<br><br>Reg. Date: 3/19/2016 | Inv. No.: 308812<br>Inv. Date: 3/21/2003<br>Licensor: Corbis | Pearson Education | | |
| 44 |  | NT5346508<br>*Woman watching* | Reg. Number: VA 1-996-336<br><br>Reg. Date: 3/19/2016 | Inv. No.: 308270<br>Inv. Date: 3/21/2003<br>Licensor: Corbis | Pearson Education | | |
| 45 |  | AX061300<br>*Woman Using Laptop Computer* | Reg. Number: VA 1-996-337<br><br>Reg. Date: 3/19/2016 | Inv. No.: 314455<br>Inv. Date: 3/31/2003<br>Licensor: Corbis | Allyn & Bacon | | |
| 46 |  | 154-SC-003-0283<br>*Asian doctor* | Reg. Number: VA 1-996-343<br><br>Reg. Date: 3/19/2016 | Inv. No.: 378752<br>Inv. Date: 7/30/2003<br>Licensor: Corbis | Scott Foresman | | |
| 47 |  | PE-241-0156<br>*Female friends playing cards* | Reg. Number: VA 1-996-343<br><br>Reg. Date: 3/19/2016 | Inv. No.: 389736<br>Inv. Date: 8/20/2003<br>Licensor: Corbis | Allyn & Bacon | | |
| 48 |  | I-095-0122<br>*Woman using a palmtop* | Reg. Number: VA 1-996-343<br><br>Reg. Date: 3/19/2016 | Inv. No.: 394562<br>Inv. Date: 8/28/2003<br>Licensor: Corbis | Pearson Education/Prentice Hall | | |

Keller v. Pearson

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 49 | | 154-PE-69-Z9620<br>*Adolescents kissing/2 People Kissing* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>812254<br>Inv. Date:<br>9/10/2003<br>Licensor:<br>  Corbis Stock Market | Pearson Education/Pre ntice Hall | | |
| 50 | | O-074-0400<br>*Classmates chatting* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>424209<br>Inv. Date:<br>10/17/2003<br>Licensor:<br>  Corbis | Scott Foresman | Social Studies c. 2004 B PE Grade 5OH | 40,000; NA; English; License expiration: 10/16/2006 |
| 51 | | CO-067-0101<br>*Man video recording a woman* | Reg. Number:<br>VA 1-996-339<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>442286<br>Inv. Date:<br>11/17/2003<br>Licensor:<br>  Corbis | Pearson Education | | |
| 52 | | NT5460818<br>*Applying lotion to her face* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>442286<br>Inv. Date:<br>11/17/2003<br>Licensor:<br>  Corbis | Pearson Education | | |
| 53 | | SP-059-0342<br>*Woman working out on stationary bike* | Reg. Number:<br>VA 1-995-651<br><br>Reg. Date:<br>3/17/2016 | Inv. No.:<br>442287<br>Inv. Date:<br>11/17/2003<br>Licensor:<br>  Corbis | Pearson Education | | |
| 54 | | SC-005-0207<br>*The checkup* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>495033<br>Inv. Date:<br>2/27/2004<br>Licensor:<br>  Corbis | Pearson Education | | |
| 55 | | I-177-0160<br>*Tax form struggle* | Reg. Number:<br>VA 1-995-468<br><br>Reg. Date:<br>3/16/2016 | Inv. No.:<br>517883<br>Inv. Date:<br>4/12/2004<br>Licensor:<br>  Corbis | Pearson Education (IN) | | |
| 56 | | 154-CO-058-W1244<br>*Couple on Couch Watching Television* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>520732<br>Inv. Date:<br>4/16/2004<br>Licensor:<br>  Corbis | Pearson Education/Pre ntice Hall (NJ) | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 57 |  | PE-326-0114 *Teenage girl preparing a salad* | Reg. Number: VA 1-996-341 Reg. Date: 3/19/2016 | Inv. No.: 523686 Inv. Date: 4/22/2004 Licensor: Corbis | Pearson Education/Prentice Hall (MA) | | |
| 58 |  | 154-A-035-V7262 *Cat Sitting in Grass* | Reg. Number: VA 1-996-335 Reg. Date: 3/19/2016 | Inv. No.: 564431 Inv. Date: 7/9/2004 Licensor: Corbis | NCS Pearson (TX) | | |
| 59 |  | NT5346494 *Half a time* | Reg. Number: VA 1-996-335 Reg. Date: 3/19/2016 | Inv. No.: 574520 Inv. Date: 7/29/2004 Licensor: Corbis | Simon & Schuster UK | | |
| 60 |  | SC-005-0171 *Little girl receiving a medical checkup while mom looks on* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 585547 Inv. Date: 8/23/2004 Licensor: Corbis | Pearson Education/Prentice Hall (MA) | PH Chemistry grade 10-12 | 200,000; NA; English |
| 61 |  | SC-005-0530 *Comforting his patient* | Reg. Number: VA 1-996-337 Reg. Date: 3/19/2016 | Inv. No.: 590832 Inv. Date: 8/31/2004 Licensor: Corbis | Pearson Education | | |
| 62 |  | N-189-0117 *Concentric ripples* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 628172 Inv. Date: 11/2/2004 Licensor: Corbis | Pearson Custom Publishing (MA) | | |
| 63 |  | 154-I-101-S6714 *Woman Using Computer* | Reg. Number: VA 1-995-651 Reg. Date: 3/17/2016 | Inv. No.: 631379 Inv. Date: 11/9/2004 Licensor: Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 64 |  | O-047-0103 *Surveying* | Reg. Number: VA 1-996-344 Reg. Date: 3/19/2016 | Inv. No.: 647318 Inv. Date: 12/9/2004 Licensor: Corbis | Pearson Education/Prentice Hall (OH) | | |

|  | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 65 |  | PE-224-0108<br>*Relaxation* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>647602<br>Inv. Date:<br>12/10/2004<br>Licensor:<br>Corbis | Pearson Education | | |
| 66 |  | N-189-0101<br>*Water droplet* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>647860<br>Inv. Date:<br>12/10/2004<br>Licensor:<br>Corbis | Scott Foresman | Science PE 3-5 grade 3-6 | 200,000; World; English and Spanish; license expiration: 12/20/2011 |
| 67 |  | N-189-0117<br>*Concentric ripples* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>647860<br>Inv. Date:<br>12/10/2004<br>Licensor:<br>Corbis | Scott Foresman | Science PE 3-5 grade 3-6 | 200,000; World; English and Spanish; license expiration: 12/20/2011 |
| 68 |  | I-177-0160<br>*Tax form struggle* | Reg. Number:<br>VA 1-995-468<br><br>Reg. Date:<br>3/16/2016 | Inv. No.:<br>653105<br>Inv. Date:<br>12/21/2004<br>Licensor:<br>Corbis | Pearson Education | | |
| 69 |  | PE-128-0636<br>*Learning to sew* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>699555<br>Inv. Date:<br>3/29/2005<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 70 |  | PE-128-0636<br>*Learning to sew* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>708433<br>Inv. Date:<br>4/14/2005<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 71 |  | PE-128-0636<br>*Learning to sew* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>708703<br>Inv. Date:<br>4/14/2005<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 72 |  | PE-035-0107<br>*Toddler and toy* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>729314<br>Inv. Date:<br>5/25/2005<br>Licensor:<br>Corbis | Pearson Education | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 73 | | PE-012-0210 *Affectionate family* | Reg. Number: VA 1-996-341 Reg. Date: 3/19/2016 | Inv. No.: 732862 Inv. Date: 5/31/2005 Licensor: Corbis | Pearson Custom Publishing (MA) | | |
| 74 | | CRBR003936 *Teenage Girl Listening to iPod* | Reg. Number: VA 1-260-519 Reg. Date: 6/8/2004 | Inv. No.: 739629 Inv. Date: 6/15/2005 Licensor: Corbis | Scott Foresman | Science: Leveled Readers Gr 1.1A-6.21A | 40,000; NA; English; license expiration: 7/15/2012 |
| 75 | | I-101-0215 *Family gathering in the kitchen* | Reg. Number: VA 1-996-339 Reg. Date: 3/19/2016 | Inv. No.: 743460 Inv. Date: 6/23/2005 Licensor: Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 76 | | 154-I-101-S1511 *Couple Using Laptop Computer* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 767995 Inv. Date: 8/16/2005 Licensor: Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 77 | | O-102-0127 *Two at task at home* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 791464 Inv. Date: 9/29/2005 Licensor: Corbis | Pearson Education | | |
| 78 | | NT5324117 *Taking her medication* | Reg. Number: VA 1-996-341 Reg. Date: 3/19/2016 | Inv. No.: 807260 Inv. Date: 10/27/2005 Licensor: Corbis | Addison Wesley/Longman/Benjamin Cummings | Biology: Concepts and Connections 5e, 2006- Website, isbn: 0805371451 | 40,000; NA; English; online-media (website) |
| 79 | | I-093-0157 *Couple working at home* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 823952 Inv. Date: 11/29/2005 Licensor: Corbis | Pearson Education Cooperative | | |
| 80 | | O-074-0400 *Classmates chatting* | Reg. Number: VA 1-996-337 Reg. Date: 3/19/2016 | Inv. No.: 833652 Inv. Date: 12/16/2005 Licensor: Corbis | Scott Foresman | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 81 |  | PE-197-0111<br>*Pensive adolescent* | Reg. Number:<br>VA 1-996-339<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>834404<br>Inv. Date:<br>12/19/2005<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (MA) | | |
| 82 |  | I-102-0127<br>*Architects on the job* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>840257<br>Inv. Date:<br>12/30/2005<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | | |
| 83 |  | PE-008-0141<br>*Jogging couple* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>840257<br>Inv. Date:<br>12/30/2005<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | | |
| 84 |  | PE-259-0194<br>*Female hands* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>840257<br>Inv. Date:<br>12/30/2005<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | | |
| 85 |  | PE-238-0102<br>*Young woman sleeping* | Reg. Number:<br>VA 1-995-651<br><br>Reg. Date:<br>3/17/2016 | Inv. No.:<br>6009846<br>Inv. Date:<br>1/31/2006<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | Mosaicos: Spanish as a World Language 4e, c. 2006, isbn: 0131923242 | 40,000; NA; English |
| 86 |  | AX061300<br>*Woman Using Laptop Computer* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6015109<br>Inv. Date:<br>2/16/2006<br>Licensor:<br>**Corbis** | Allyn & Bacon | | |
| 87 |  | SC-005-0447<br>*Doctor taking a teenagers blood pressure* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6028440<br>Inv. Date:<br>3/28/2006<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | | |
| 88 |  | SC-005-0447<br>*Doctor taking a teenagers blood pressure* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6030041<br>Inv. Date:<br>3/31/2006<br>Licensor:<br>**Corbis** | Pearson Education/Prentice Hall (NJ) | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 89 | | N-189-0101 *Water droplet* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 6036514 Inv. Date: 4/21/2006 Licensor: Corbis | Scott Foresman | | |
| 90 | | PE-326-0114 *Teenage girl preparing a salad* | Reg. Number: VA 1-996-341 Reg. Date: 3/19/2016 | Inv. No.: 6038410 Inv. Date: 4/27/2006 Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 91 | | SC-005-0447 *Doctor taking a teenagers blood pressure* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 6045398 Inv. Date: 5/19/2006 Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 92 | | SC-005-0447 *Doctor taking a teenagers blood pressure* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 8048773 Inv. Date: 6/3/2006 Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 93 | | PE-128-0636 *Learning to sew* | Reg. Number: VA 1-996-336 Reg. Date: 3/19/2016 | Inv. No.: 6060342 Inv. Date: 7/12/2006 Licensor: Corbis | Pearson Education (IN) | | |
| 94 | | 42-15208801 *Two Teenage Boys Playing Video Game* | Reg. Number: VA 1-996-339 Reg. Date: 3/19/2016 | Inv. No.: 6061099 Inv. Date: 7/14/2006 Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 95 | | CRBR003936 *Teenage Girl Listening to iPod* | Reg. Number: VA 1-260-519 Reg. Date: 6/8/2004 | Inv. No.: 6064601 Inv. Date: 7/27/2006 Licensor: Corbis | Longman Publishers/Pe arson Education | | |
| 96 | | 42-15214070 *Girl Holding Dollar Bill and Piggy Bank* | Reg. Number: VA 1-996-337 Reg. Date: 3/19/2016 | Inv. No.: 6065221 Inv. Date: 7/28/2006 Licensor: Corbis | Scott Foresman | | |

Keller v. Pearson

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 97 |  | SC-005-0447<br>*Doctor taking a teenagers blood pressure* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6070539<br>Inv. Date:<br>8/16/2006<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | Algebra & Trigonometry: An Early Functions Approach 1e, by Blitzer, 2007, isbn: 0132215748 | 40,000; NA; English |
| 98 |  | CRBR003936<br>*Teenage Girl Listening to iPod* | Reg. Number:<br>VA 1-260-519<br><br>Reg. Date:<br>6/8/2004 | Inv. No.:<br>6079544<br>Inv. Date:<br>9/14/2006<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 99 |  | O-047-0104<br>*Surveyor* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6081265<br>Inv. Date:<br>9/20/2006<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 100 |  | O-047-0104<br>*Surveyor* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6087667<br>Inv. Date:<br>10/9/2006<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 101 |  | O-047-0104<br>*Surveyor* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6088192<br>Inv. Date:<br>10/10/2006<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 102 |  | 42-16153067<br>*Female teenager playing guitar* | Reg. Number:<br>VA 1-996-332<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6023660<br>Inv. Date:<br>10/27/2006<br>Licensor:<br>Corbis | Pearson Education | | |
| 103 |  | I-095-0122<br>*Woman using a palmtop* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6100694<br>Inv. Date:<br>11/17/2006<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 104 |  | 42-15208813<br>*Teenage Boy Using Cell Phone* | Reg. Number:<br>VA 1-996-339<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>6103403<br>Inv. Date:<br>11/29/2006<br>Licensor:<br>Corbis | Addison Wesley/Longman/Benjamin Cummings | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 105 | | 42-15208813 *Teenage Boy Using Cell Phone* | Reg. Number: VA 1-996-339 Reg. Date: 3/19/2016 | Inv. No.: 6103405 Inv. Date: 11/29/2006 Licensor: Corbis | Addison Wesley/Long man/Benjami n Cummings | | |
| 106 | | 42-16153087 *Female teenager playing guitar* | Reg. Number: VA 1-996-332 Reg. Date: 3/19/2016 | Inv. No.: 6026388 Inv. Date: 11/30/2006 Licensor: Corbis | Pearson Education | | |
| 107 | | NT5346541 *Frustrated woman* | Reg. Number: VA 1-996-346 Reg. Date: 3/19/2016 | Inv. No.: 8110402 Inv. Date: 12/21/2006 Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 108 | | SC-003-0446 *Portrait of a physician* | Reg. Number: VA 1-996-337 Reg. Date: 3/19/2016 | Inv. No.: 7007958 Inv. Date: 1/30/2007 Licensor: Corbis | Pearson Education (NY) | | |
| 109 | | PE-241-0150 *Sampling the vegetables* | Reg. Number: VA 1-996-343 Reg. Date: 3/19/2016 | Inv. No.: 7014704 Inv. Date: 2/21/2007 Licensor: Corbis | Addison Wesley/Long man/Benjami n Cummings | | |
| 110 | | O-074-0400 *Classmates chatting* | Reg. Number: VA 1-996-337 Reg. Date: 3/19/2016 | Inv. No.: 7017281 Inv. Date: 2/28/2007 Licensor: Corbis | Allyn & Bacon | | |
| 111 | | 42-15208803 *Two Teenage Boys Playing Video Game* | Reg. Number: VA 1-996-339 Reg. Date: 3/19/2016 | Inv. No.: 7000803 Inv. Date: 3/30/2007 Licensor: Corbis | Pearson Education Asia Ltd | | |
| 112 | | PE-326-0114 *Teenage girl preparing a salad* | Reg. Number: VA 1-996-341 Reg. Date: 3/19/2016 | Inv. No.: 7038636 Inv. Date: 5/9/2007 Licensor: Corbis | Pearson Education/Pre ntice Hall (MA) | California Science Explorer, middle school grades 6-8 | 10,000; NA; Spanish |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 113 | | CRBR003936<br>*Teenage Girl Listening to iPod* | Reg. Number:<br>VA 1-260-519<br><br>Reg. Date:<br>6/8/2004 | Inv. No.:<br>7040836<br>Inv. Date:<br>5/16/2007<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 114 | | 42-15212367<br>*Teenage Girl Eating Cereal* | Reg. Number:<br>VA 1-996-335<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7001456<br>Inv. Date:<br>5/31/2007<br>Licensor:<br>Corbis | Pearson Education Asia ltd | | |
| 115 | | PE-241-0156<br>*Female friends playing cards* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7051915<br>Inv. Date:<br>6/26/2007<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 116 | | PE-012-0215<br>*Family togetherness* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7060112<br>Inv. Date:<br>7/27/2007<br>Licensor:<br>Corbis | Pearson Learning (NJ) | Pair Up! 2008, grades 1,2,3 | 40,000; NA |
| 117 | | I-102-0127<br>*Architects on the job* | Reg. Number:<br>VA 1-996-344<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7074122<br>Inv. Date:<br>9/18/2007<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 118 | | 154-CO-058-W1244<br>*Couple on Couch Watching Television* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7085700<br>Inv. Date:<br>10/29/2007<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 119 | | PE-241-0150<br>*Sampling the vegetables* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>7093230<br>Inv. Date:<br>11/27/2007<br>Licensor:<br>Corbis | Addison Wesley/Longman/Benjamin Cummings | | |
| 120 | | PE-294-0192<br>*Mother, baby, and puppy in wagon* | Reg. Number:<br>VA 1-995-651<br><br>Reg. Date:<br>3/17/2016 | Inv. No.:<br>8005588<br>Inv. Date:<br>1/28/2008<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (OH) | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 121 |  | PE-007-0172<br>*Couple having an argument at breakfast* | Reg. Number: VA 1-996-343<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8005598<br>Inv. Date: 1/28/2008<br>Licensor: Corbis | Pearson Educatkm1Pr entice Hall (OH) | | |
| 122 |  | 42-15208801<br>*Two Teenage Boys Playing Video Game* | Reg. Number: VA 1-996-339<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8021753<br>Inv. Date: 3/31/2008<br>Licensor: Corbis | Longman Publishers/Pe arson Education | | |
| 123 |  | 42-16855438<br>*Doctor in Doctor's Office* | Reg. Number: VA 1-371-165<br><br>Reg. Date: 8/28/2006 | Inv. No.: 8000776<br>Inv. Date: 3/31/2008<br>Licensor: Corbis | Pearson Education Asia Ltd | | |
| 124 |  | 42-15208802<br>*Two Teenage Boys Playing Video Game* | Reg. Number: VA 1-996-339<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8007214<br>Inv. Date: 4/29/2008<br>Licensor: Corbis | Pearson Education | | |
| 125 |  | CRBR003936<br>*Teenage Girl Listening to iPod* | Reg. Number: VA 1-260-519<br><br>Reg. Date: 6/8/2004 | Inv. No.: 8028286<br>Inv. Date: 4/29/2008<br>Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 126 |  | PE-020-0281<br>*Giving the dog a bath* | Reg. Number: VA 1-996-339<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8041358<br>Inv. Date: 6/26/2008<br>Licensor: Corbis | Pearson Education – Scott Foresman | | |
| 127 |  | PE-241-0150<br>*Sampling the vegetables* | Reg. Number: VA 1-996-343<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8048756<br>Inv. Date: 7/31/2008<br>Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 128 |  | 154-CO-054-W4310<br>*Businesswoman Wearing Telephone Headset* | Reg. Number: VA 1-996-346<br><br>Reg. Date: 3/19/2016 | Inv. No.: 8048857<br>Inv. Date: 7/31/2008<br>Licensor: Corbis | Pearson Education/Pre ntice Hall (NJ) | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 129 | | 42-15212367<br>*Teenage Girl Eating Cereal* | Reg. Number:<br>VA 1-996-335<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>8014161<br>Inv. Date:<br>8/15/2008<br>Licensor:<br>Corbis | Pearson Education Ltd | | |
| 130 | | 42-16855438<br>*Doctor in Doctor's Office* | Reg. Number:<br>VA 1-371-165<br><br>Reg. Date:<br>8/28/2006 | Inv. No.:<br>8002325<br>Inv. Date:<br>8/29/2008<br>Licensor:<br>Corbis | Pearson Education Asia Ltd | | |
| 131 | | CO-058-0140<br>*Family watching television* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>8055302<br>Inv. Date:<br>8/29/2008<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 132 | | CRBR003936<br>*Teenage Girl Listening to iPod* | Reg. Number:<br>VA 1-260-519<br><br>Reg. Date:<br>6/8/2004 | Inv. No.:<br>8055302<br>Inv. Date:<br>8/29/2008<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 133 | | CO-058-0140<br>*Family watching television* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>8055302<br>Inv. Date:<br>8/29/2008<br>Licensor:<br>Corbis | Pearson Education/Prentice Hall (NJ) | | |
| 134 | | 154-CU-097-W3527<br>*Girl Playing Flute* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>8003121<br>Inv. Date:<br>11/28/2008<br>Licensor:<br>Corbis | Pearson Education Asia Ltd | | |
| 135 | | 42-15208812<br>*Teenage Boy Using Cell Phone* | Reg. Number:<br>VA 1-996-339<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>8021198<br>Inv. Date:<br>12/19/2008<br>Licensor:<br>Corbis | Pearson Education | | |
| 136 | | 42-15214086<br>*Three Teenage Girls Smoking* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9000262<br>Inv. Date:<br>1/19/2009<br>Licensor:<br>Corbis | PEARSON PARAVIA BRUNO MONDADOR I SPA | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 137 |  | **42-15209825**<br>*Naked Young Woman Examining Breasts* | Reg. Number:<br>VA 1-996-335<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9001184<br>Inv. Date:<br>1/28/2009<br>Licensor:<br>Corbis | Pearson Education | | |
| 138 |  | **42-17645083**<br>*Girl Gathering Eggs In Henhouse* | Reg. Number:<br>VA 1-408-166<br><br>Reg. Date:<br>4/16/2007 | Inv. No.:<br>9013176<br>Inv. Date:<br>3/17/2009<br>Licensor:<br>Corbis | Pearson Education (NY) | | |
| 139 |  | **42-17645083**<br>*Girl Gathering Eggs In Henhouse* | Reg. Number:<br>VA 1-408-166<br><br>Reg. Date:<br>4/16/2007 | Inv. No.:<br>9013176<br>Inv. Date:<br>3/17/2009<br>Licensor:<br>Corbis | Pearson Education (NY) | | |
| 140 |  | **NT5346541**<br>*Frustrated woman* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9014230<br>Inv. Date:<br>3/20/2009<br>Licensor:<br>Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 141 |  | **154-CO-054-W4310**<br>*Businesswoman Wearing Telephone Headset* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9025361<br>Inv. Date:<br>5/28/2009<br>Licensor:<br>Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 142 |  | **PE-241-0150**<br>*Sampling the vegetables* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9025631<br>Inv. Date:<br>5/29/2009<br>Licensor:<br>Corbis | Pearson Education/Pre ntice Hall (NJ) | | |
| 143 |  | **42-16855438**<br>*Doctor in Doctor's Office* | Reg. Number:<br>VA 1-371-165<br><br>Reg. Date:<br>8/28/2006 | Inv. No.:<br>9001273<br>Inv. Date:<br>6/30/2009<br>Licensor:<br>Corbis | Pearson Education Asia Ltd | | |
| 144 |  | **NT5324117**<br>*Taking her medication* | Reg. Number:<br>VA 1-996-341<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>9030274<br>Inv. Date:<br>6/30/2009<br>Licensor:<br>Corbis | Pearson Education/Pre ntice Hall (NJ) | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 145 |  | NT5460818<br>*Applying lotion to her face* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000028982<br>Inv. Date:<br>9/28/2009<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 146 |  | N-189-0117<br>*Concentric ripples* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000051035<br>Inv. Date:<br>11/25/2009<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 147 |  | N-189-0101<br>*Water droplet* | Reg. Number:<br>VA 1-996-346<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000053285<br>Inv. Date:<br>11/30/2009<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 148 |  | I-106-0177<br>*Family wallpapering a room* | Reg. Number:<br>VA 1-996-339<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000054977<br>Inv. Date:<br>12/4/2009<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 149 |  | NT5460818<br>*Applying lotion to her face* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000078056<br>Inv. Date:<br>2/18/2010<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 150 |  | O-066-0401<br>*Student cheating on a test* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000080278<br>Inv. Date:<br>2/24/2010<br>Licensor:<br>Corbis | Pearson -<br>Scott<br>Foresman | | |
| 151 |  | 42-17645083<br>*Girl Gathering Eggs In Henhouse* | Reg. Number:<br>VA 1-408-166<br><br>Reg. Date:<br>4/16/2007 | Inv. No.:<br>1000123981<br>Inv. Date:<br>5/28/2010<br>Licensor:<br>Corbis | Pearson<br>Education | | |
| 152 |  | 42-15214070<br>*Girl Holding Dollar Bill and Piggy Bank* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000272537<br>Inv. Date:<br>7/9/2010<br>Licensor:<br>Corbis | Pearson<br>Education -<br>Scott<br>Foresman | | |

| | Image | Image ID / Description | Registration Information | Invoice | Imprint | Publication | License Limits |
|---|---|---|---|---|---|---|---|
| 153 |  | 42-15214086<br>*Three Teenage Girls Smoking* | Reg. Number:<br>VA 1-996-336<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000242328<br>Inv. Date:<br>8/17/2010<br>Licensor:<br>Corbis | Allyn & Bacon | | |
| 154 |  | 42-15214070<br>*Girl Holding Dollar Bill and Piggy Bank* | Reg. Number:<br>VA 1-996-337<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000275846<br>Inv. Date:<br>9/9/2010<br>Licensor:<br>Corbis | Pearson Education - Scott Foresman | | |
| 155 |  | PE-225-0184<br>*Woman measuring her waist* | Reg. Number:<br>VA 1-996-343<br><br>Reg. Date:<br>3/19/2016 | Inv. No.:<br>1000300619<br>Inv. Date:<br>9/28/2010<br>Licensor:<br>Corbis | Pearson Education - Scott Foresman | | |